CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 25 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWARD JAMES EGAN, SR., ) | |
|     Plaintiff, ) | Civil Action No. 7:05CV00280 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GERALD R. HOLT, et al., ) | By: Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

as follows:

1. The defendants' motion for summary judgment (docket #46) shall be and hereby is **GRANTED**;

2. The plaintiff's motion for summary judgment (docket #49) shall be and hereby is **DENIED**;

3. The plaintiff's motion for a jury trial (docket #43) shall be and hereby is **DENIED**;

4. The plaintiff's motion for sanctions (docket #50) shall be and hereby is **DENIED**; and

5. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 25th day of May, 2006.

_____
United States District Judge